UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDNA C. WILLIAMS,

    Plaintiff,

v.                                  Case No. 3:19cv75-RV-CJK

COMMUNITY HEALTH
NORTHWEST FLORIDA,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 25, 2019. (Doc. 2). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint (doc. 1) is **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to state a federal claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of February, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**